UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRUCE EPPERSON,
   a/k/a "Tea,"
EDDIE BARRETO,
GRANT McIVER,
   a/k/a "Dizzy,"
JOHN NICOLAS,
   a/k/a "John John," and
ROY NICOLAS,

             Defendants.

**SEALED INDICTMENT**

25 Cr.

**25 CRIM 496**

The Grand Jury charges:

1.     In 2023, there were more than 100,000 fatal drug overdoses in the United States. More than 3,000 of those overdose deaths occurred in New York City alone. Fentanyl—a synthetic opioid fifty times more potent than heroin—was involved in approximately 80% of those fatal overdoses, causing more than 2,400 deaths. Out of the over 2,400 New Yorkers who died from an overdose involving fentanyl in 2023, approximately 75 of them were teenagers and young adults between the ages of 15 and 24.

2.     In that same year, from at least in or about January 2023, through at least in or about July 2023, GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," EDDIE BARRETO, JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, were members of a criminal network that distributed thousands of counterfeit prescription opioid pills laced with fentanyl, among other drugs, to teenagers and young adults living in New York City. To reach those young customers, the defendants used social media and encrypted messaging platforms, including Snapchat, Instagram, TikTok, and Telegram, to promote and sell their drugs.

3.      The defendants' drug dealing had deadly consequences: over a three-month span in the summer of 2023, the fentanyl pills distributed by the defendants caused the deaths of three 19-year-olds (collectively, the "Victims").

## Overview

4.      During the relevant period, GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," EDDIE BARRETO, JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, operated three overlapping drug businesses based in New York City and Long Island: one controlled by EPPERSON and BARRETO; one controlled by McIVER; and one controlled by JOHN NICOLAS and ROY NICOLAS. While separately managed by each of those defendants, the defendants' drug businesses were connected through each defendant's use of two other drug dealers ("CC-1" and "CC-2") to help distribute their drugs. More specifically, each of the defendants distributed or attempted to distribute a portion of their drug supplies—including counterfeit opioid pills laced with fentanyl—to CC-1 or CC-2 knowing that CC-1 and CC-2 were selling those drugs to other drug users in New York City. With their drug businesses, the defendants targeted teenagers and young adults. In particular, the defendants made their drugs more attractive and accessible to young people by using social media and encrypted messaging platforms to advertise to, and coordinate with, their drug customers. Together, the defendants, CC-1, and CC-2 formed a criminal network that was responsible for distributing thousands of fentanyl pills, among other drugs, to teenagers and young adults living in New York City, including the pills that killed the Victims.

## The Defendants

5.      BRUCE EPPERSON, a/k/a "Tea," the defendant, began selling drugs at least as early as in or about 2019, at the age of 18. Between in or about 2019 and July 2023, EPPERSON sold a wide variety of drugs in the New York City area, including marijuana, cocaine, lysergic acid

2

diethylamide (more commonly known as LSD), 3,4-methylenedioxymethamphetamine (more commonly known as MDMA), and prescription as well as counterfeit pills. By at least in or about 2022, EPPERSON was selling both prescription and counterfeit opioid pills and Xanax, which he sold until at least in or about July 2023. EPPERSON typically sold his drugs to young drug users and other drug dealers, including at locations near EPPERSON's apartment in Queens, in hotel rooms that EPPERSON rented in Manhattan, and at other locations in Manhattan and elsewhere. In total, EPPERSON was responsible for selling thousands of fentanyl pills to teenagers and young adults living in New York City.

6.     EDDIE BARRETO, the defendant, who was 20 years' old in 2023, worked with BRUCE EPPERSON, a/k/a "Tea," the defendant, to sell fentanyl pills and other drugs between at least in or about January 2023 and in or about July 2023. For example, BARRETO sold drugs with EPPERSON out of hotels in Manhattan and coordinated with EPPERSON on his sale of drugs to certain customers.

7.     GRANT McIVER, a/k/a "Dizzy," the defendant, who was 22 years' old in 2023, also sold thousands of counterfeit opioid pills laced with fentanyl to teenagers and young adults living in New York City. Some of the fentanyl pills that McIVER sold also contained other substances that placed McIVER's customers at an even higher risk of suffering a fatal drug poisoning. Those substances included para-fluorofentanyl, a chemical analogue of fentanyl even more potent and dangerous than fentanyl itself, and xylazine, a tranquilizer that is not approved for human use and is often used to sedate large animals such as horses and cattle.

8.     JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, are brothers who worked together to sell fentanyl-laced pills to young drug users residing in New York City, including from at least in or about 2022 through at least in or about 2023. JOHN NICOLAS and ROY NICOLAS, who were 27 and 21 years' old, respectively, in 2023, often referred drug

customers to each other depending on who was available to provide drugs, and accepted payments from drug customers for each other, among other things. Overall, JOHN NICOLAS and ROY NICOLAS, was responsible for distributing thousands of fentanyl pills.

### The Defendants' Supply of Wholesale Narcotics to CC-1 and CC-2

9.      In addition to distributing fentanyl directly to drug users, GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," EDDIE BARRETO, JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, also supplied wholesale quantities of narcotics to other dealers with independent distribution networks, such as CC-1 and CC-2. For example:

a.      EPPERSON met and began selling marijuana to CC-2 in or about 2019, and EPPERSON knew that CC-2 resold the marijuana to other customers. Later, EPPERSON became CC-2's primary supplier for a wide range of drugs including marijuana, cocaine, LSD, MDMA, and prescription and counterfeit pills, the vast majority of which CC-2 resold to other customers. By in or around 2022, EPPERSON was selling hundreds of prescription and counterfeit pills to CC-2, including counterfeit opioid pills and Xanax that were laced with fentanyl.

b.      EPPERSON first sold MDMA to CC-1 in or about 2020 or 2021, and, by the end of 2022, began selling larger quantities of other drugs to CC-1, including fentanyl pills. Over the next approximately seven to eight months—that is, from in or about December 2022 until in or about July 2023—EPPERSON sold fentanyl pills and Xanax to CC-1 on multiple occasions.

c.      Also in or about 2022, BARRETO met CC-1. On multiple occasion in or about 2023, BARRETO sold Xanax and fentanyl pills to CC-1. BARRETO obtained some of the fentanyl pills that he sold to CC-1 from EPPERSON. Between them, EPPERSON and BARRETO sold hundreds of fentanyl pills to CC-1.

d.      Like EPPERSON and BARRETO, McIVER also sold some of his fentanyl pills to CC-1 and CC-2 knowing that CC-1 and CC-2 were reselling at least some of those pills to

4

others. Typically, McIVER sold 100 to 200 fentanyl pills at a time to CC-2, who, in turn, provided half of those pills to CC-1. Throughout the spring and early summer of 2023, CC-1 complained to McIVER multiple times about McIVER's failure to provide the correct number and potency of pills to CC-1 and CC-2. Overall, during the relevant period, McIVER sold approximately 1,000 fentanyl pills to CC-1 and CC-2, many of which found their way into the hands of teenage drug users living in Manhattan.

e.      JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, had been supplying drugs to CC-1 since in or about 2022. At first, JOHN NICOLAS and ROY NICOLAS distributed Xanax to CC-1 but, when EPPERSON asked CC-1 if CC-1 could supply him with fentanyl pills because he was waiting for another delivery from his supplier in January 2023, CC-1 messaged ROY NICOLAS seeking additional fentanyl. On other occasions, JOHN NICOLAS and ROY NICOLAS similarly discussed selling fentanyl to CC-1, sending pictures of fentanyl pills alongside discussions of price and quantity.

### The Online Distribution Network

10.      To maximize the reach of their drug businesses, GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," EDDIE BARRETO, JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, together with CC-1 and CC-2, used an online distribution network that leveraged the power of social media and encrypted messaging platforms to distribute their drugs to customers living in New York City. The platforms used by the defendants included, among others, Snapchat, Instagram, TikTok, and Telegram. By using social media and encrypted messaging platforms, in particular, the defendants were able to target teenagers and young adults, who are among the most prolific users of such platforms. The defendants used these social media and encrypted messaging platforms to advertise their drugs to, and coordinate drug transactions with, young drug customers. These same platforms also provided the defendants (and their teenage

and young adult drug customers) with a means to evade detection by law enforcement, including, for instance, by allowing them to use nicknames in place of real identities and encrypted and disappearing messaging features present, in particular, on platforms like Snapchat and Telegram. For example:

        a.      CC-1 and CC-2 regularly used Telegram and Snapchat accounts associated with different nicknames to advertise drug products for sale, including fentanyl pills, some of which they purchased from EPPERSON, BARRETO, and McIVER. Below is a screenshot of CC-1's Telegram account from in or about May 2023 showing CC-1 informing CC-1's subscribers that CC-1 had fentanyl pills available for purchase (i.e., "PERC 30S ON DECK"), which CC-1 referred to as "PERC 30s," a reference to Percocet, an often counterfeited prescription drug containing oxycodone, and 30, a marking on certain legitimate pharmaceuticals indicating a particular quantity of active ingredient that does not exist in the counterfeit pills the defendants were selling.



        b.      EPPERSON also used Telegram and Snapchat as well as Instagram to sell drugs to drug users and other drug dealers, including CC-1 and CC-2. Among others, EPPERSON

used a Telegram account associated with the name "trapstar1738" and an Instagram account associated with the name "Brucewayne_535" to carry out in his drug business.

       c.      BARRETO, meanwhile, used a Snapchat account associated with the name "Kriss Kross" to communicate with drug customers, including CC-1. Between in or about June 13 and June 15, 2023, for example, BARRETO used Snapchat to arrange for a sale of fentanyl pills to CC-1 in Manhattan.

       d.      McIVER used Telegram to carry out his drug business, in particular, a Telegram account under the name "Max Payne." For example, in or about June and July 2023, McIVER used his Telegram account to communicate with CC-1 concerning fentanyl pills that CC-1 and CC-2 purchased from McIVER.

       e.      JOHN NICOLAS and ROY NICOLAS also used Snapchat, Telegram, and TikTok to communicate with some of their drug customers, including, CC-1. Below is a screenshot of a message that ROY NICOLAS sent to CC-1 over Snapchat on or about June 8, 2023, showing CC-1 certain fentanyl pills that he and JOHN NICOLAS had available for sale. These pills' blue color, round shape, and "M" and "30" markings resemble legitimate 30-milligram oxycodone (from which they derive their nickname "M30s"), but, in reality, such pills often contain an unregulated amount of illegal fentanyl.



### **Fentanyl Distributed by the Defendants Killed Three Teenagers**

11.     Between in or about May 2023 and in or about July 2023, three teenagers living in Manhattan—the Victims—suffered fatal drug overdoses after taking fentanyl pills distributed by the defendants' criminal network. Specifically: (i) on or about May 30, 2023, one of the Victims ("Victim-1") died in her family's apartment in downtown Manhattan after ingesting fentanyl pills that she had purchased from JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, one day earlier; (ii) approximately two weeks later, on or about June 13, 2023, a second Victim ("Victim-2") died in his family's apartment in midtown Manhattan after snorting a pill that was laced with fentanyl and an even more potent fentanyl analogue that was provided to him by CC-1, which CC-1 had obtained from GRANT McIVER, a/k/a "Dizzy," the defendant; and (iii) less than a month after that, on or about July 2, 2023, a third Victim ("Victim-3") died in a friend's downtown-Manhattan apartment after ingesting a fentanyl pill that he purchased from CC-1, who was, at the time, selling pills provided to CC-1 by McIVER, BRUCE EPPERSON, a/k/a "Tea," and EDDIE BARRETO, the defendants.

### *The Overdose Death of Victim-1*

12.     From at least in or about December 2022 through in or about May 2023, JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, sold numerous fentanyl pills to Victim-1. Throughout that period, Victim-1 suffered multiple overdoses as a result of ingesting those pills, including on or about December 3, 2022, May 23, 2023, and her fatal overdose on or about May 30, 2023. Victim-1 was 19 years' old when she died.

13.     Victim-1 suffered her first fentanyl overdose from pills distributed by JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, on or about December 3, 2022. The day before that overdose—that is, on or about December 2, 2022—JOHN NICOLAS communicated with Victim-1 over text message to arrange for JOHN NICOLAS to travel to the

8

vicinity of Victim-1's family's apartment in Manhattan so that JOHN NICOLAS could sell fentanyl pills to Victim-1. In one such message, JOHN NICOLAS and Victim-1 discussed how JOHN NICOLAS could discretely pass the fentanyl pills to Victim-1 so that Victim-1's younger sister, who was expected to be present during the transaction, would not notice. The following day, Victim-1 exchanged the following messages with JOHN NICOLAS, during which Victim-1 told JOHN NICOLAS that she had overdosed on the pills he had sold her:

| Victim-1 | i overdosed |
|---|---|
| **JOHN NICOLAS** | …Wtf babes? |
| **Victim-1** | you're totally protected can't find the batch everything's okay just letting you know i crushed up two barely split one |
| **Victim-1** | like I barely did anything and I know my tolerance |
| **Victim-1** | i'm sorry i just thought to tell you in case |
| **JOHN NICOLAS** | Did they take it tho? |
| **JOHN NICOLAS** | Are you okay?? |
| **JOHN NICOLAS** | Smh I'm sorry |
| **JOHN NICOLAS** | Don't say sorry |
| **Victim-1** | no I think most of it is hidden in lock bsck [sic] both my parents aren't here with me I get to leave at 8:30 . . . |
| **Victim-1** | just warn customers in batch might be extra strong |

14.    Notwithstanding Victim-1's warning to him that his batch of drugs was "extra strong," JOHN NICOLAS, a/k/a "John John," together with his brother, ROY NICOLAS, the defendants, continued to sell fentanyl pills to Victim-1 and others. Below is a photograph of

9

fentanyl pills—as well as green bar-shaped pills that appear to be counterfeit Xanax—found in Victim-1's possession following her December 2022 overdose:



15.    The second overdose Victim-1 suffered after ingesting fentanyl pills provided to her by JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants, occurred on or about May 23, 2023, approximately one week before her fatal overdose. The day before this overdose—that is, on or about May 22, 2023— Victim-1 messaged JOHN NICOLAS again asking for fentanyl pills. JOHN NICOLAS provided those pills to Victim-1 in person just after 6 p.m. that day. A few minutes later, Victim-1 transferred $200 to a financial account belonging to ROY NICOLAS.

16.    Just one week after Victim-1's second overdose, on or about May 28 and May 29, 2023, Victim-1 again arranged to buy fentanyl pills from JOHN NICOLAS, a/k/a "John John," the defendant. JOHN NICOLAS then delivered fentanyl pills as well as Xanax to Victim-1 in person at approximately 10:45 a.m., on or about May 29, 2023. Once again, Victim-1 paid for those pills by sending money to ROY NICOLAS, the defendant: at approximately 11:35 a.m. on or about May 29, 2023, Victim-1 transferred $475 to a financial account belonging to ROY NICOLAS.

10

17.    The following morning—that is, on or about May 30, 2023— Victim-1 was dead. Emergency medical personnel responded to a 911 call from Victim-1's family and found Victim-1 unconscious on the bathroom floor in her family's apartment in downtown Manhattan. Drug paraphernalia and residue, including white powder on the bathroom sink, were observed near her body. Victim-1's death was the result of an acute overdose caused by fentanyl sold to her by JOHN NICOLAS, a/k/a "John John," and ROY NICOLAS, the defendants.

### The Overdose Death of Victim-2

18.    Approximately two weeks after Victim-1's fatal overdose, on or about June 13, 2023, Victim-2 died from a fatal overdose inside his family's apartment in midtown Manhattan. The drugs that killed Victim-2—fentanyl and para-fluorofentanyl—were provided to him by CC-1, and CC-1 had obtained them from GRANT McIVER, a/k/a "Dizzy," the defendant. Like Victim-1, Victim-2 was only 19 years' old when he died.

19.    Victim-2 had known CC-1 for at least six months before his death and had taken drugs with CC-1 multiple times during that period. In or about January 2023, for example, Victim-2 did drugs inside Victim-2's family's apartment with CC-1 and their mutual friend, BRUCE EPPERSON, a/k/a "Tea," the defendant. While the three of them were together, EPPERSON gave a fentanyl pill to CC-1. CC-1 ingested a portion of the pill in front of EPPERSON and Victim-2 at which time CC-1 suffered an almost immediate overdose that required CC-1 to be hospitalized. After that incident, CC-1 confronted EPPERSON about the drugs CC-1 had received from him, and EPPERSON confirmed to CC-1 that the pills EPPERSON had provided CC-1 contained fentanyl. Below is a photograph of EPPERSON holding the body of CC-1 as CC-1 lay unconscious from the overdose EPPERSON caused:



20.    Approximately one month after CC-1's own non-fatal overdose, CC-1 stopped purchasing drugs from BRUCE EPPERSON, a/k/a "Tea," the defendant, for several months. Instead, CC-1, along with CC-2, began purchasing fentanyl pills from GRANT McIVER, a/k/a "Dizzy," the defendant. It was around that same time that CC-1 started regularly distributing McIVER's fentanyl pills to Victim-2.

21.    In the two months before Victim-2's fatal overdose—that is, between in or about April 2023 and June 2023—CC-1 repeatedly sold fentanyl pills to Victim-2 that CC-1 and CC-2 had acquired from GRANT McIVER, a/k/a "Dizzy," the defendant. In fact, in just the ten days leading up to his fatal overdose, Victim-2 purchased fentanyl pills from CC-1 at least three different times: on or about June 3, 2023, CC-1 sold Victim-2 approximately four fentanyl pills;

on or about June 6, 2023, CC-1 sold Victim-2 approximately five fentanyl pills; and on or about June 9, 2023, CC-1 sold Victim-2 at least one fentanyl pill. Every one of those fentanyl pills was supplied by McIVER. Below is a photograph of Victim-2 holding some of the pills that he purchased from CC-1 during that time:



22.     Then, on or about June 13, 2023, CC-1 was at Victim-2's family apartment in midtown Manhattan, taking drugs with Victim-2. At one point, CC-1 took a fentanyl pill that CC-1 had purchased from GRANT McIVER, a/k/a "Dizzy," the defendant, crushed it, and snorted some of it. Victim-2 then snorted the rest of the pill. CC-1 stayed with Victim-2 that night, but when

CC-1 woke up around 6 a.m. the next morning, CC-1 saw Victim-2 unresponsive and called 911. Victim-2 was immediately taken to the hospital where he was pronounced dead later that same day. Victim-2 died of an acute overdose caused by ingesting the fentanyl and para-fluorofentanyl that were present in one of the pills supplied by McIVER.

### The Overdose Death of Victim-3

23.     Less then a month after Victim-2's death, on or about July 2, 2023, Victim-3 died of a fatal overdose inside a friend's downtown-Manhattan apartment after ingesting a fentanyl pill

that he purchased from CC-1 the day before. At that time, CC-1 was selling pills provided to CC-1 by GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," and EDDIE BARRETO, the defendants. Victim-3 was also only 19 years' old.

24.     In or about at least the summer of 2023, CC-1 communicated with Victim-3 over social media and encrypted messaging applications about providing Victim-3 with fentanyl pills. At this time—which was after Victim-2 had died of an overdose from pills sold by GRANT McIVER, a/k/a "Dizzy," the defendant—CC-1 purchased fentanyl pills from BRUCE EPPERSON, a/k/a "Tea," and EDDIE BARRETO, the defendants. In particular, EPPERSON and BARRETO both sold CC-1 fentanyl pills twice in that period: once shortly before CC-1 sold the fentanyl pill to Victim-3 that caused his death and a second time shortly after Victim-3's fatal overdose. CC-1 was also still selling fentanyl pills she had acquired from McIVER before Victim-2's fatal overdose.

25.     In the week leading up to Victim-3's death, CC-1 had sold Victim-3 a mix of fentanyl pills and Xanax. In fact, Victim-3 reported to CC-1 that he had lost all the fentanyl pills that he previously purchased from CC-1 and that he needed to purchase more fentanyl pills—which he referred to as "30s"—from CC-1 on or about July 1, 2023 (*i.e.*, the day before he died). CC-1 knew the pills CC-1 was providing Victim-3 were strong and warned Victim-3 to be careful when taking the pills. Below are excerpts of the exchange CC-1 had with Victim-3 on or about June 30, 2023 concerning CC-1's concerns about the fentanyl pills CC-1 was selling:

| CC-1 | Do u rly need them… |
|---|---|
| CC-1 | Ion wanna kill u |
| **Victim-3** | Huh? |
| **Victim-3** | Elaborate |
| CC-1 | What's confusing abt that |
| **Victim-3** | Sorry I b mad paranoid |
| **Victim-3** | I misinterpreted this |
| CC-1 | W[ith] the 30s… |
| CC-1 | I j[ust] don't like serving them cuz they not script [*i.e.*, pre<u>script</u>ion] |

26.    On or about July 1, 2023, Victim-3 continued to pursue CC-1's drugs, notwithstanding CC-1's warnings. At approximately 6:30 p.m. that day, CC-1 asked Victim-3, "[d]id you want the 30s?" In response, Victim-3 asked, "[a]re they all fent or h" (meaning fentanyl or heroin), and CC-1 told Victim-3 that they were "pressies," a term that referred, again, to counterfeit opioid pills laced with fentanyl that had been "pressed" from powder. Victim-3 then offered $75 for three pills and CC-1 countered at three pills for $85. Victim-3 also asked if CC-1 could sell him "Zan," a reference to Xanax.

27.    At approximately 8 p.m. that same day, CC-1 wrote Victim-3 that CC-1 could sell three fentanyl pills and two tablets of Xanax for $105. Victim-3 agreed to the purchase on those terms and asked if CC-1 could send the pills to him via a car service. Victim-3 and CC-1 then arranged for a car service to go to a location approximately one block away from where CC-1 lived in midtown Manhattan, pick up the drugs from CC-1 (which CC-1 would disguise in a United States Postal Service envelope), and deliver the drugs to a friend's apartment in downtown Manhattan where Victim-3 was residing. At approximately 9:15 p.m., CC-1 confirmed that CC-1 had delivered the pills to the driver of the car service and, shortly thereafter, the pills were delivered to Victim-3 outside of his friend's apartment. Very early the next morning—at approximately 1:50

15

a.m. on or about July 2, 2023—not long after the drugs had been delivered to Victim-3, CC-1 texted Victim-3, "u good?" Victim-3 never responded.

28.    Later in the morning of July 2, 2023, Victim-3 was found dead inside his friend's apartment in downtown Manhattan. At the scene of his death were, among other things, two of the three fentanyl pills that CC-1 had sold Victim-3 the night before and several yellow Xanax. A photograph of those pills is included below.



**Statutory Allegations**

**COUNT ONE**
**(Conspiracy to Distribute Controlled Substances Resulting in Death)**

29.    From at least in or about January 2023, through at least in or about July 2023, in the Southern District of New York and elsewhere, GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," EDDIE BARRETO, JOHN NICOLAS a/k/a "John John," and ROY NICOLAS, the defendants, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

16

30.     It was a part and an object of the conspiracy that GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," EDDIE BARRETO, JOHN NICOLAS a/k/a "John John," and ROY NICOLAS, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

31.     The controlled substances involved in the offense were (i) 400 grams and more of mixtures and substances containing a detectable amount fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A), (ii) mixtures and substances containing a detectable amount of para-fluorofentanyl, in violation of 21 U.S.C. § 841(b)(1)(C), and (iii) mixtures and substances containing a detectable amount of alprazolam, in violation of Title 21, United States Code, Section 841(b)(2).

32.     The use of such controlled substances resulted in the deaths of:

    a.  Victim-1 on or about May 30, 2023, in New York, New York;

    b.  Victim-2 on or about June 13, 2023, in New York, New York; and

    c.  Victim-3 on or about July 2, 2023, in New York, New York.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATIONS**

33.     As a result of committing the offense alleged in Count One of this Indictment, GRANT McIVER, a/k/a "Dizzy," BRUCE EPPERSON, a/k/a "Tea," EDDIE BARRETO, JOHN NICOLAS a/k/a "John John," and ROY NICOLAS, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

17

## Substitute Assets Provision

34.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney

18